UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BEHROOZ MOHAZZABI,<br><br>Plaintiff,<br><br>v.<br><br>BEHZAD MOHAZZEBI,<br><br>Defendant. | Case No. 19-cv-06453-SI<br><br>**JUDGMENT** |

Plaintiff's action has been dismissed for lack of jurisdiction over defendant Behzad Mohazzebi. Judgment is entered accordingly.

**IT IS SO ORDERED AND ADJUDGED**.

Dated: December 3, 2019

SUSAN ILLSTON
United States District Judge